JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PARMETER; ANATOLY ROSINSKY; and ANDREW SHULMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA; PROFESSIONAL MUSICIANS LOCAL 47, AMERICAN FEDERATION OF MUSICIANS, <br><br> Defendants. | CASE NO. CV 07-07225 MMM (SSx) <br><br> JUDGMENT FOR DEFENDANTS |

Defendants American Federation of Musicians of the United States and Canada ("AFM") and Local 47, American Federation of Musicians ("Local 47") filed motions for summary judgment that were heard on May 18, 2009. The court took the motions under submission following argument, and on May 21, 2009, issued an order granting the motions. Therefore,

IT IS ORDERED AND ADJUDGED that

1. The action be, and it hereby is, dismissed in its entirety against defendant AFM with prejudice;

2. The action be, and it hereby is, dismissed in its entirety against defendant Local 47 with prejudice;

3. The cross-claim for interpleader filed by Local 47 against AFM and the counterclaim for interpleader filed by Local 47 against plaintiffs be, and they

   hereby are, dismissed in their entirety with prejudice;

4.  The obligation of Local 47 to deposit, pursuant to the stipulation approved by the court on May 16, 2008 [Docket No. 54], amounts it collects that are designated "Federation Work Dues" is terminated;

5.  The Clerk of the Court shall release all funds deposited by Local 47 into the court's registry, with appropriate interest, to AFM; and

6.  AFM and Local 47 recover their costs of suit herein.

DATED: May 21, 2009

              *Margaret M. Morrow*
              MARGARET M. MORROW
              UNITED STATES DISTRICT JUDGE

2