1  MICHAEL POSNER, State Bar No. 43632
   JASON C. MARSILI, State Bar No. 233980
2  POSNER & ROSEN LLP
   3600 Wilshire Blvd., Suite 1800
3  Los Angeles, CA 90010-2679

4  Telephone No. (213) 389-6050
   Facsimile No. (213) 389-0663
5
   Attorneys for Plaintiffs
6  DAVID PARMETER, ANATOLY ROSINSKY,
   and ANDREW SHULMAN
7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10
                              **WESTERN DIVISION**
11

12

| | |
|---|---|
| DAVID PARMETER, ANATOLY ROSINSKY, and ANDREW SHULMAN, | CASE NO. CV07-07225 MMM (Ssx) [assigned to the Honorable Margaret M. Morrow] |
| Plaintiffs, | |
| v. | **NOTICE OF APPEAL** |
| AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA and PROFESSIONAL MUSICIANS LOCAL 47, AMERICAN FEDERATION OF MUSICIANS, | |
| Defendants. | |

1   Notice is hereby given that David Parmeter, Anatoly Rosinski, and Andrew
2 Shulman, Plaintiffs in the above named case, hereby appeal to the United States Court of
3 Appeals for the Ninth Circuit from the Order Granting Defendants' Motions for Summary
4 Judgment (Docket No. 132) and Judgment for Defendants (Docket No. 133) entered in this
5 action on May 21, 2009.

7  **DATED: June 5, 2009**                           **POSNER & ROSEN LLP**

                                                   By: _____/s/ *Jason C. Marsili*_____
                                                       MICHAEL POSNER
                                                       JASON C. MARSILI
                                                       Attorneys for Plaintiffs
                                                       DAVID PARMETER, ANATOLY
                                                       ROSINSKY, and ANDREW SHULMAN

---
1
**NOTICE OF APPEAL**